JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT TOMPKINS,

    Plaintiff,

vs.

FRED TRLDA, an individual, MINERAL
COUNTY, a political subdivision of the
State of Nevada,

    Defendants.
_____/

CASE NO.  CV-N-05-0270-LRH-(RAM)

**STIPULATION (FIRST) FOR ENLARGEMENT OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**

    The parties stipulate that Plaintiff should have an additional 21 days in which to oppose the motion for summary judgment from July 3, 2006 to and including July 24, 2006.

DATED 7/1/06

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 7·2·06

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
KATHERINE F. PARKS
Counsel for Defendant

ORDER

    IT IS SO ORDERED this 10th day of July, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664