JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ROBERT TOMPKINS,

    Plaintiff,

vs.

FRED TRLDA, an individual, MINERAL COUNTY, a political subdivision of the State of Nevada,

    Defendants.

CASE NO. CV-N-05-0270-LRH-(RAM)

### STIPULATION (THIRD AND LAST) FOR ENLARGEMENT OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT

The parties stipulate that Plaintiff should have an additional 14 days in which to oppose the motion for summary judgment from August 14, 2006, to and including August 28, 2006 due to unexpected interference with Mr. Dickerson's ability to timely complete this project. There will be no further request made.

DATED 8/13/06

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED 8-14-06

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
KATHERINE F. PARKS
Counsel for Defendant

ORDER

IT IS SO ORDERED this 17th day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE