Katherine F. Parks, Esq.
State Bar No. 6227
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Attorneys for Defendants
FRED TRLDA and MINERAL COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT TOMPKINS,

     Plaintiff,

vs.

FRED TRLDA, an individual; MINERAL COUNTY, a political subdivision of the State of Nevada,

     Defendants.
_____/

CASE NO.   CV-N-05-0270-LRH-RAM

**STIPULATION and ORDER FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiff, ROBERT TOMPKINS, and Defendants, FRED TRLDA and MINERAL COUNTY, by and through their respective counsel, and hereby stipulate that the time within which Defendants may file their reply brief in support of the motion for summary judgment be extended through and including September 29, 2006.

Dated 9/6/06, 2006.

LAW OFFICES OF JEFFREY A. DICKERSON

By: _____
Jeffrey A. Dickerson, Esq.
9655 Gateway Drive, Suite B
Reno, NV 89521
*Attorneys for Plaintiff*
*ROBERT TOMPKINS*

Dated 9-7, 2006.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: _____
Katherine F. Parks, Esq.
6590 S. McCarran, Suite B
Reno, Nevada 89509
*Attorneys for Defendants*
*FRED TRLDA and MINERAL COUNTY*

IT IS SO ORDERED this 13th day of September, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE